

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruth Henricks, an Individual<br><br>Plaintiff,<br><br>V.<br><br>California Public Utilities Commission, a California state agency; Michael Picker, President of the California Public Utilities Commission; DOES 1-100, Inclusive<br><br>Defendant. | Civil Action No. 17cv2177-MMA(MDD)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion to dismiss and DISMISSES Plaintiff's Complaint for lack of subject matter jurisdiction without prejudice and without leave to amend. See Hamamoto v. Ige, No. 14-CV-491 DKW, 2015 WL 770346, at *9 n.6 (D. Haw. Feb. 23, 2015) (denying the plaintiff's request for leave to amend where the plaintiff's claims are moot because it would be futile to allow an amended complaint that lacks subject matter jurisdiction), aff'd, 881 F.3d 719 (9th Cir. 2018). Additionally, the Court DENIES Defendants' motion for sanctions.

Date:     5/18/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman
                              R. Chapman, Deputy